■ In the Matter of SAUL I. BIRNBAUM, Appellant, v ILENE L. FLAUM et al., Respondents. In the Matter of MURRAY H. GRODETSKY, Appellant, v ILENE FLAUM et al., Respondents. In the Matter of MURRAY H. GRODETSKY, Appellant, v ILENE L. FLAUM et al., Respondents. — Order unanimously modified and, as modified, affirmed, with costs to respondents, in accordance with the following memorandum: We modify the order to include a provision declaring the agreement dated October 7, 1983 valid essentially for the reasons stated at Surrogate's Court, Monroe County (Ciaccio, S.). We emphasize that the agreement as construed by the Surrogate does not result in a delegation or a diminution of any of Central's fiduciary responsibilities and that the agreement in no way dilutes the sole power of the Surrogate to approve commissions. (Appeal from order of Monroe County Surrogate's Court, Ciaccio, S. — removal of coadministrator.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.

■ In the Matter of JANICE S. BIRNBAUM, Respondent, v SAUL I. BIRNBAUM, Appellant. In the Matter of ILENE L. FLAUM, Respondent, v SAUL I. BIRNBAUM, Appellant, and JANICE S. BIRNBAUM, Respondent. — Decree unanimously affirmed, with costs. Memorandum: This case involves allegations of fraud and self-dealing on the part of fiduciary. On an examination of the record we agree with the Surrogate that there are questions of fact which preclude summary judgment. (Appeal from decree of Monroe County Surrogate's Court, Ciaccio, S. — summary judgment.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.

■ ELIZABETH GRANITA, Respondent, v JOSEPHINE GRANITA et al., Appellants. — Order and judgment unanimously affirmed, with costs, for reasons stated in the memorandum decision at Supreme Court, John J. Conway, J. (Appeal from order and judgment of Supreme Court, Livingston County, John J. Conway, J. — impress constructive trust.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.